Local Form 3015-1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

In Re:
DANIEL REUBEN CHILDS, SR.
LAURA W. CHILDS

Case No.13-51057

DEBTOR

## AMENDMENT TO CHAPTER 13 PLAN

Comes the Debtors, by counsel and hereby Amends their Chapter 13 plan as follows:

**II. SECURED CLAIMS.**

**C. Surrender of Property.** The Debtor surrenders the following property. Upon confirmation the automatic stay and co-debtor stay are terminated as to the collateral being surrendered, and the provisions in Section II.D. of the plan ("Orders Granting Relief From Stay") apply.

| Secured Creditor | Collateral Description |
|---|---|
| CARMEL FINANCIAL | WATER SOFTENER |
|  |  |

**VII. SPECIAL PROVISIONS.**

**B.** The Debtor proposes the following special provisions.

Student loans shall be paid outside of the Chapter 13 plan, directly to the creditor.

DATED: July 9, 2013

/S/DANIEL R. CHILDS SR. by approval
DEBTOR

/S/LAURA WHITE CHILDS by approval
DEBTOR

/s/Ryan R. Atkinson
ATKINSON, SIMMS & KERMODE, PLLC
KY Bar I.D. 86501
1608 Harrodsburg Road
Lexington, KY 40504
(859) 225 - 1745
(859) 254 – 2012 FAX
rra@ask-law.com
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

I certify that on the date shown below I mailed a copy of the Amendment to Chapter 13 Plan, for the Debtor to the creditors listed on the matrix and to the Chapter 13 Trustee.

By:/s/Ryan R. Atkinson

Date Mailed: July 9, 2013