## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:
DANIEL REUBEN CHILDS, SR.
LAURA WHITE CHILDS
DEBTOR(S)   CASE NO. 13-51057

SECOND AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. According to the proof of claim filed by the Kentucky Department of Revenue, the debtor has not yet filed all required tax returns for 2012. Section 1325(a)(9) and section 1308 of the Bankruptcy Code require that "all tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition" must be filed with the taxing entity before a plan can be confirmed.

2. Until there is evidence in the record that the tax returns have been filed, either by way of an amended proof of claim of the taxing entity, or an affidavit or declaration of the debtor filed in the record, the plan cannot be confirmed.

### CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on July 19, 2013.

/s/Beverly M. Burden
Beverly M. Burden,
Chapter 13 Trustee
Ky Bar ID:  09330
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

Ryan R. Atkinson